UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-cv-23282-LENARD/GOODMAN

CHICKEN KITCHEN USA, LLC, as assignee of
THREE CHEFS AND A CHICKEN, INC.,

       Plaintiff,

v.

MAIDEN SPECIALTY INSURANCE COMPANY,

       Defendant.
_____

## CHICKEN KITCHEN USA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Order dated October 16, 2014 (DE 11), Plaintiff Chicken Kitchen USA, LLC states that there is no parent or publicly held corporation that owns 10% or more of Chicken Kitchen USA, LLC's stock, and identifies the following individuals with an interest in the outcome of this case:

Amtrust Claims North America

Amtrust Financial Services, Inc.

Berger, Eric L. – Counsel for Three Chefs and a Chicken, Inc.

Brito, Alejandro – Counsel for Plaintiff

Brit Global Specialty

Chicken Kitchen USA, LLC

Duke, Adam A. – Counsel for Defendant

Estadella, Gabriel E. – Counsel for Plaintiff

Hall, Megan M. – Counsel for Defendant

Huck, Paul C., D.J.

Maiden Holdings, Ltd. (MHLD)

Maiden Specialty Insurance Company

Maiden Reinsurance Company

McDonnough, Richard

McDonnough, Rudyard

McDonnough, Rudyard A.

O'Sullivan, John J., M.J.

Ross, Richard S. – Counsel for Three Chefs and A Chicken, Inc.

Three Chefs and a Chicken, Inc.

Wiederhold, John P. – Former Counsel for Defendant

Young, B. Richard – Counsel for Defendant

Young, Bill, Roumbos & Boles, P.A. – Counsel for Defendant

Zarco, Robert – Counsel for Plaintiff

Zarco Einhorn Salkowski & Brito, P.A. – Counsel for Plaintiff

        Respectfully submitted,

        **ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
        *Counsel for Plaintiff*
        100 S.E. 2nd Street, 27th Floor
        Miami, Florida 33131
        Telephone: (305) 374-5418/ Facsimile: (305) 374-5428

    By:   Gabriel E. Estadella
        **ROBERT ZARCO** (502138)
        rzarco@zarcolaw.com
        **ALEJANDRO BRITO** (98442)
        abrito@zarcolaw.com
        **GABRIEL E. ESTADELLA** (32094)
        gestadella@zarcolaw.com

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing on all counsel of record via the Court's ECF system on October 28, 2014.

                                                    _Gabriel Estadella_
                                                    GABRIEL E. ESTADELLA (32094)