*PLAINTIFF ignores historical COGS of 61% to 70% + instead uses 33%*

## CHICKEN KITCHEN- DAMAGES COMPUTATION

Gross Food Sales for 2008-2010                          $3,901,245.00
Average Annual Gross Food Sales for 2008-2010           $1,300,415.00
Average Weekly Gross Food Sales for 2008-2010             $25,007.98

Average Weekly Gross Food Sales since 3 Chefs             $21,357.70
Anticipated Weekly Sales due to remodel                   $27,508.77
Lost Sales (Weekly)                                        $6,151.07

Lost Sales- as of June 17, 2012                          $326,006.71
   (minus cost of goods sold, which is (33%))   ➝        $107,582.21

**Real Lost Profits (through June 17, 2012)**            $218,424.50

**Annual, Ongoing Lost Profits**
**(with one 3 Chefs location)**                          $214,303.28

**This lost profits calculation is a comparison of the subject
Chicken Kitchen location on 40th street to
the subject 3 Chefs location. It does not take into consideration
the damages that would result in additional 3 Chefs locations, or
the damages which may have resulted to other Chicken Kitchen
locations.

Re-training costs (re: employees taken by 3 Chefs)   Approx. $20,000

Additionally, Chicken Kitchen incurred damages for loss of its
actual asset, resulting from the sales decline, as well as harm to
its reputation and goodwill.                          TBD

Exhibit

3 De Berdouare

ESQUIRE

CK 000202

MAIDEN 01027



**DECLINING SALES**

P+L comparison - Westbird

| | 2008 | 2009 | | 2010 | | 2011 | |
|---|---|---|---|---|---|---|---|
| Gross Food Sales | $ 1,351,098 | $ 1,307,776 | -3.21% | $ 1,242,371 | -5.00% | $ 1,164,235 | -6.29% |
| All Coupons and Discounts | $ (11,853) | $ (31,162) | | $ (30,296) | | $ (31,355) | |
| Total | $ 1,339,245 | $ 1,276,614 | -4.68% | $ 1,212,075 | -5.06% | $ 1,132,880 | -6.53% |
| | | | | | | | |
| Expenses | | | | | | | |
| COGS | $ 863,406 | $ 794,939 | | $ 753,448 | | $ 818,947 | |
| All Other Expenses | $ 128,494 | $ 88,217 | | $ 124,343 | | $ 118,136 | |
| Income befor Int. and Dep'n | $ 347,345 | $ 393,458 | 13.28% | $ 334,284 | -15.04% | $ 195,797 | -41.43% |
| Dep'n and Interest | $ 74,920 | $ 52,635 | | $ 49,321 | | $ 90,394 | |
| | | | | | | | |
| Net Income | $ 272,425 | $ 340,823 | 25.11% | $ 284,963 | -16.39% | $ 105,403 | -63.01% |

**COGS RANGES FROM 61% to 70%**

CK 000146

MAIDEN 01028