UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-23282-JG

CHICKEN KITCHEN USA, LLC, as
assignee of THREE CHEFS AND A
CHICKEN, INC.,

    Plaintiff,
vs.

MAIDEN SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff CHICKEN KITCHEN USA, LLC and Defendant MAIDEN SPECIALTY INSURANCE COMPANY, by and through respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned matter shall be dismissed with prejudice. The parties have agreed to bear their own attorneys' fees and costs.

Dated: November 14, 2016        Respectfully submitted,

| | |
|---|---|
| **ZARCO EINHORN SALKOWSKI & BRITO, P.A.** | **YOUNG, BILL, BOLES, PALMER & DUKE, P.A.** |
| 100 S.E. 2nd Street | One Biscayne Tower, Suite 3195 |
| Suite 2700 | 2 South Biscayne Boulevard |
| Miami, Florida 33131 | Miami, Florida 33131 |
| T (305) 374-5418 | T (305) 222-7720 |
| F (305) 374-5428 | F (305) 492-7729 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| /s/ Alejandro Brito | /s/ Michel A. Morgan |
| **ALEJANDRO BRITO** | **MICHEL A. MORGAN** |
| Florida Bar No. 098442 | Florida Bar No. 0102764 |
| abrito@zarcolaw.com | mmorgan@flalawyer.net |

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record via the court's ECF system on November 14, 2016.

By: /s/ Alejandro Brito
**ALEJANDRO BRITO**